ACCEPTED
03-14-00421-CR
5418261
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 2:32:25 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00421-CR

| | | |
|---|---|---|
| **JACOB SANCHEZ** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 2:32:25 PM
JEFFREY D. KYLE
Clerk

## STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was indicted by a grand jury on May 8, 2013 for one count of Aggravated Sexual Assault of a Child. Appellant was subsequently found guilty of that offense and sentenced to a term of thirty-five years in the Texas Department of Criminal Justice. That sentence was imposed in open court on June 6, 2014.

Appellant's brief was originally due with the Court on November 6, 2014. After this Court had abated the instant appeal and remanded this case back to the trial court, and after granting at least two of Appellant's motions for extension time to file his brief, Appellant's brief was filed on February 24, 2015. The State's brief is currently due on May 26, 2015.

1

## II.

Sammy McCrary, the attorney for the State at trial, is handling this case on appeal. Mr. McCrary is the Chief Felony Prosecutor for Comal County, and has been busy covering his regular dockets, representing the State on contested motions, assisting other attorneys in the office with issues that arise during their trials, and reviewing their briefs on appeal. Additionally, The office closed on May 8th so everyone could attend the out-of-town funeral of an office member's son. Last week Mr. McCrary went to trial in CR2014-531, a sex-offender registration case in which the State obtained a 40-year sentence. Finally, Mr. McCrary has also been writing the appeal in the case of *Lawrence v. State*, Case No. 03-13-00192-CR. He came into the office this past Memorial Day weekend to work on the State's *Lawrence* brief, hoping to finish it as soon as possible. As a result, he has not yet been able to finish the State's brief in the instant case, and respectfully requests an extension of 30 days to file the State's brief. This is the second extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until June 25, 2015, so that an adequate response may be made to Appellant's brief. This extension is not

requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**
Assistant District Attorney
SBN: 24088254
preslj@co.comal.tx.us
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Phone: (830) 221-1300
Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant Jacob Sanchez's attorney in this matter:

David K. Sergi
david@sergilaw.com
David K. Sergi & Associates, P.C.
P.O. Box 887
San Marcos, TX 78666
*Attorney for Appellant on Appeal*

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 26th day of May 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3